IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| DAD'S ENTERPRISES, INC., | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 3:13cv568-MHT |
| | ) | (WO) |
| SODEXO CONSTRUCTION, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT

Pursuant to the joint stipulation of dismissal (Doc. No. 23), it is the ORDER, JUDGMENT, and DECREE of the court that the third-party claims brought by third-party plaintiff Sodexo Construction, Inc. against third-party defendant Tuskegee University are dismissed with prejudice with the parties to bear their own costs. Sodexo Construction, Inc. is terminated as a third-party plaintiff and Tuskegee University is terminated as a third-party defendant.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**This case is not closed.**

**DONE, this the 20th day of March, 2014.**

                          <u>/s/ Myron H. Thompson</u>
                          **UNITED STATES DISTRICT JUDGE**